# Exhibit C

adknowledge

4600 Madison Ave., 10th Floor
Kansas City, MO 64112 USA

Phone: 816.931.1771

December 3, 2013

*Via Federal Express*
*Via Email (help@AdvertisingKnowledge.biz)*

Jonas Espinoza
Ad knowledge LLC
17235 N. 75th Ave.
Glendale, AZ 85308

### Re: Cease and Desist Demand – Ad knowledge LLC

Dear Mr. Espinoza,

It has come to our attention that your company is still representing itself as "Adknowledge" despite our prior cease and desist demand dated July 23, 2013 and your verbal commitment to me by telephone on July 30, 2013 that your company would cease all uses of "ADKNOWLEDGE."

As you know, ADKNOWLEDGE is a mark registered with the U.S. Patent and Trademark Office, Registration Nos. 2334551 and 3166403 (the "Mark") owned by Adknowledge, Inc. ("Adknowledge"). Your use of the Mark is a violation of the Lanham Act. Your unauthorized use of the Mark is likely to cause confusion or mistake, or to deceive consumers, see, e.g., 15 U.S.C. §§ 1052(d) and 1125(a), and it dilutes the value of the Mark, see, e.g., id. at § 1125(c). As evidence of this, in regard to that certain invoice that your company sent to Betty Jane Galloway, attached hereto as Exhibit One (the "Invoice"), we received communication from The Law Offices of John F. Tolson, Jr. asking us whether we sent the Invoice to its client. We had to allocate time and resources to explain to counsel for the recipient of the Invoice that it was not from our company. In addition to direct trademark infringement, your actions jeopardize Adknowledge's ability to generate revenue over the Internet. The misuse of the Mark tarnishes the Mark and lessens its value and effectiveness by associating the Mark with your company and its services, which are substantially similar to Adknowledge and our services. You are unjustly benefiting through your unauthorized use of the Mark. This constitutes unfair competition and misappropriation of trademark protected material.

Adknowledge demands that you:

- immediately cease and desist using the Mark;

- immediately remove any and all instances of the Mark from your business materials;

- immediately cease and desist using the domain name ADVERTISINGKNOWLEDGE.BIZ;

- immediately cease and desist using the name Ad knowledge LLC and change the name of that company and the names of any other company using the Mark in its name; and

- take all steps necessary to ensure that your parents, subsidiaries, affiliates, employees and agents do not engage in such unlawful and improper conduct in any medium in the future.

Please (1) identify all instances, advertisements and promotions in which you have used the Mark in commerce, and (2) respond to me in writing at the address above or via email to mearles@adknowledge.com confirming that you have complied with our demands including, but not limited to, that you have removed all instances of the Mark on your website and that you have deactivated the domain name advertisingknowledge.biz.

If you have not complied with our demands on or before **December 10, 2013**, we will be forced to consider the pursuit of any and all available legal and equitable remedies to protect the Mark. This letter does not attempt to be a complete statement of the facts or law surrounding this matter, and Adknowledge expressly reserves all of its legal and equitable rights in seeking redress.

Sincerely,

*Mark Earles*

Mark Earles
Assistant General Counsel
Adknowledge, Inc.

# EXHIBIT ONE

## INVOICE

**ADKNOWLEDGE**
7942 W. Bell Rd. # C5 Ste. #301
Glendale, Arizona 85308
Fax: (623) 322-7149
Ph. (623)322-9136

**INVOICE**

SENT TO:
Betty Jane Galloway
P.O. Box 814
Penneyfarms, FL. 32079
(904) 284-5022
bjgalloway@bellsouth.net

| DATE | REP | TYPE | ACCOUNT # | CLIENT ID | INVOICE |
|---|---|---|---|---|---|
| 6/12/13 | Tom | Visa | XXXX-XXXX-XXXX-2061 | BG32079 | 02013-127 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | 50 Clicks | $895.00 | $895.00 |
|  |  |  | Total $895.00 |

**Terms and Conditions**

Initial _____ A) I approve the above Total Charges and acknowledge that the final delivery schedule of invoiced products and services is dependent on my timely response to application components and critical business decisions. Work to begin by the week of June 24th 2013 and be completed by the week of July 5th, 2013

Initial _____ B) I acknowledge every effort has been made to properly explain to me all products and services. I have seen and approved the above products as they are described on this invoice. I understand that Adknowledge is only responsible for the creation and design and implementation of any product, service, or marketing campaign I have ordered.

Initial _____ C) I understand that individual results vary, and earnings will vary from person to person and company to company. Adknowledge cannot guarantee individual success or income level generated from any given marketing and advertising campaigns. I understand that my success is contingent on several factors including client qualifications, my effort, knowledge, experience. I also understand that while the length of services may vary, all campaign production and advertising sales are final and non-refundable I, the undersigned, understand and agree to the Terms & Conditions set out by ADKNOWLEDGE You do have a 3 business day rescission of your purchase. This must be submitted to us in writing by fax, email or certified mail and must be within 3 business days of your purchase. After the 3rd business day there are absolutely no refunds or exceptions. I understand and agree to these terms. If you have any questions or concerns please contact a Customer Service Representative at (623) 322-9136

I have Read and understand the above Terms & Conditions

Signature _Betty Jane Galloway_   Date _6/12/13_