Marc J. Randazza, Nevada Bar No. 12265
Ronald D. Green, Jr., Nevada Bar No. 7360
Randazza Legal Group
 3625 S. Town Center Drive
Las Vegas, NV 89135
Telephone: (702) 420-2001
Fax: (305) 437- 437-7662
Email: MJR@randazza.com
        RDG@randazza.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ADKNOWLEDGE, INC. a Delaware Corporation,<br><br>           Plaintiff,<br><br>   v.<br><br>ADKNOWLEDGE LLC, a Nevada Limited Liability Company; and JONAS ESPINOZA, an individual,<br>           Defendants. | Civil Action No. 2:14-cv-00160-MMD-GWF<br><br>**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES** |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned counsel of record for Plaintiff, ADKNOWLEDGE, INC. certifies that, in addition to the parties of record, there are no other known parties who have an interest in the outcome of this case.

//

//

1

These representations are made to enable the judges of the Court to evaluate possible

2

disqualification or recusal.

3

4

Dated this 7th day of February, 2014

5

/s/ Ronald D. Green

6

Ronald D. Green
Randazza Legal Group

7

3625 S. Town Center Drive

8

Las Vegas, NV 89135
702-420-2001

9

305-437-7662 (fax)
ecf@randazza.com

10

11

*Attorney for Plaintiff*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2014, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the email addresses listed on the Electronic Mail Notice list.

Dated: February 7, 2014



Employee, Randazza Legal Group

- 3 -