# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ADKNOWLEDGE, INC., a Delaware Corporation,

    Plaintiff(s),

vs.

ADKNOWLEDGE LLC, a Nevada Limited-Liability Company; and JONAS ESPINOZA, an individual,

    Defendant(s).

Case #14-cv-00160-MMD-GWF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $200.00

_____Keith Scully_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Newman Du Wors LLP_____
(firm name)

with offices at ____1201 Third Avenue, Suite 1600____,
(street address)

____Seattle____, ____Washington____, ____98101____,
(city)        (state)         (zip code)

____(206) 274-2800____, ____keith@newmanlaw.com____.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

____ADKNOWLEDGE, INC.____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 12/11

3. That since ___December 1, 1998___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___Washington___
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States Court for the Ninth Circuit | March 30, 1999 | |
| Eastern District of Washington | December 30, 2010 | |
| Western District of Washington | March 29, 1999 | |
| Western District of Washington Bankruptcy | March 29, 1999 | |
| Court of Appeals for the Federal Circuit | June 18, 2013 | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

Rev. 12/11

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

```
[                                                                    ]
```

7. That Petitioner is a member of good standing in the following Bar Associations:

```
Washington
```

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 12/11

|   |   |
|---|---|
| 1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court |
| 2 | FOR THE PURPOSES OF THIS CASE ONLY. |

_____
Petitioner's signature

STATE OF Washington )
)
COUNTY OF King )

Keith Scully, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

13th day of February, 2014.

_____
Notary Public or Clerk of Court

MICHAEL C. SPAIN
Notary Public
State of Washington
My Commission Expires
May 05, 2014

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate    Marc J. Randazza   ,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

Randazza Legal Group, 3625 South Town Center Drive ,
(street address)

Las Vegas , Nevada , 89135 ,
(city)             (state)           (zip code)

(702) 420-2001 , MJR@randazza.com .
(area code + telephone number)   (Email address)

Rev. 12/11

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes
2  agreement and authorization for the designated resident admitted counsel to sign stipulations
3  binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Marc J. Randazza_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

12265                    MJR@randazza.com
Bar number               Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 12/11

# CERTIFICATION OF CURRENT STATUS

February 6, 2014

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the Washington State Bar Association, **Mr. Keith Patrick Scully**, WSBA ID# **28677** was admitted to the practice of law in this state by the Supreme Court of Washington on **December 1 1998**, and is, as of today's date, an **Active member** of the Washington State Bar Association, **Eligible** to practice law in this state.

This certificate reflects the member's status as of the date stated. Historical information about status, including periods on inactive status, administrative and disciplinary suspensions, disbarments, resignations, etc., are not reflected in this information, but are available through a Certification of Status History. Complete discipline information, including confidential and public information about grievances and disciplinary proceedings, is available with written authorization signed by the member, through a Discipline History Certificate.

*Paula C. Littlewood*
Paula C. Littlewood
Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA