# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ADKNOWLEDGE, INC., a Delaware Corporation,

    Plaintiff(s),

vs.

ADKNOWLEDGE LLC, a Nevada Limited-Liability Company; and JONAS ESPINOZA, an individual,

    Defendant(s).

Case #14-cv-00160-MMD-GWF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $200.00

_____Derek A. Newman_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Newman Du Wors LLP_____
(firm name)

with offices at _____1201 Third Avenue, Suite 1600_____,
(street address)

_____Seattle_____, _____Washington_____, _____98101_____,
(city) (state) (zip code)

_____(206) 274-2800_____, _____derek@newmanlaw.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____ADKNOWLEDGE, INC._____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 12/11

1    3. That since _____June 23, 1997_____, Petitioner has been and presently is a
                              (date)
2   member in good standing of the bar of the highest Court of the State of _____Washington_____
                                                                                    (state)
3   where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or

4   from the clerk of the supreme court or highest admitting court of each state, territory, or insular

5   possession of the United States in which the applicant has been admitted to practice law certifying

6   the applicant's membership therein is in good standing.

7    4. That Petitioner was admitted to practice before the following United States District

8   Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

9   of other States on the dates indicated for each, and that Petitioner is presently a member in good

10  standing of the bars of said Courts.

11          Court                            Date Admitted                 Bar Number
12    see attached page        _____      _____
13  _____   _____   _____
14  _____   _____   _____
15  _____   _____   _____
16  _____   _____   _____
17  _____   _____   _____
18  _____   _____   _____

19   5. That there are or have been no disciplinary proceedings instituted against petitioner,

20  nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

21  or administrative body, or any resignation or termination in order to avoid disciplinary or

22  disbarment proceedings, except as described in detail below:

2

Rev. 12/11

1   6.   That Petitioner has never been denied admission to the State Bar of Nevada.  (Give
2   particulars if ever denied admission):

7.   That Petitioner is a member of good standing in the following Bar Associations:

Washington and California

8.   Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.   Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.   Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.   Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 12/11

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Washington )
)
COUNTY OF King )

Derek A. Newman, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

13th day of February, 2014.

_____
Notary Public or Clerk of Court

MICHAEL C. SPAIN
Notary Public
State of Washington
My Commission Expires
May 05, 2014

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate **Marc J. Randazza**, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

Randazza Legal Group, 3625 South Town Center Drive,
(street address)

Las Vegas, Nevada, 89135,
(city) (state) (zip code)

(702) 420-2001, MJR@randazza.com.
(area code + telephone number) (Email address)

4

Rev. 12/11

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Marc J. Randazza_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

12265                    MJR@randazza.com
Bar number               Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 12/11

| Court | Date | Bar Number |
|---|---|---|
| Supreme Court of Washington | June 23, 1997 | 190467 |
| Western District of Washington | November 26, 1997 | |
| Supreme Court of California | December 1, 1997 | |
| Central District of California | December 1, 1997 | |
| Southern District of California | July 26, 2001 | |
| Northern District of California | July 31, 2001 | |
| Ninth Circuit Court of Appeals | March 18, 2003 | |
| Derek Newman – EDMI | September 29, 2003 | |
| Sixth Circuit Court of Appeal | January 29, 2004 | |
| United States Supreme Court | May 5, 2005 | |
| Eastern District of Washington | July 13, 2005 | |
| Seventh Circuit Court of Appeal | October 14, 2005 | |
| Southern District of Texas | May 18, 2007 | |
| Western District of Wisconsin | October 26, 2010 | |
| Court of Appeals for the Federal Circuit | June 18, 2013 | |

# CERTIFICATION OF CURRENT STATUS

February 4, 2014

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the Washington State Bar Association, **Mr. Derek Alan Newman**, WSBA ID# **26967** was admitted to the practice of law in this state by the Supreme Court of Washington on **June 23 1997**, and is, as of today's date, an **Active member** of the Washington State Bar Association, <u>**Eligible**</u> to practice law in this state.

This certificate reflects the member's status as of the date stated. Historical information about status, including periods on inactive status, administrative and disciplinary suspensions, disbarments, resignations, etc., are not reflected in this information, but are available through a Certification of Status History. Complete discipline information, including confidential and public information about grievances and disciplinary proceedings, is available with written authorization signed by the member, through a Discipline History Certificate.

_____
Paula C. Littlewood
Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

January 31, 2014

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DEREK ALAN NEWMAN, #190467 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 1997; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina Di Loreto
Custodian of Membership Records