1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7
8     ADKNOWLEDGE, INC., a Delaware        )        Case #14-cv-00160-MMD-GWF
9     Corporation,                         )
                                           )        **VERIFIED PETITION FOR**
10                  Plaintiff(s),          )        **PERMISSION TO PRACTICE**
                                           )        **IN THIS CASE ONLY BY**
11          vs.                            )        **ATTORNEY NOT ADMITTED**
      ADKNOWLEDGE LLC, a Nevada Limited-   )        **TO THE BAR OF THIS COURT**
12    Liability Company; and JONAS         )        **AND DESIGNATION OF**
      ESPINOZA, an individual,             )        **LOCAL COUNSEL**
13                  Defendant(s).          )
14                                         )        FILING FEE IS $200.00

15
16          Derek A. Newman          , Petitioner, respectfully represents to the Court:
                (name of petitioner)
17
           1.    That Petitioner is an attorney at law and a member of the law firm of
18
                             Newman Du Wors LLP
19                                (firm name)
20    with offices at            1201 Third Avenue, Suite 1600                    ,
                                       (street address)
21
               Seattle            ,          Washington          ,      98101      ,
22              (city)                          (state)                  (zip code)
23        (206) 274-2800          ,      derek@newmanlaw.com        .
      (area code + telephone number)           (Email address)
24
           2.    That Petitioner has been retained personally or as a member of the law firm by
25
              ADKNOWLEDGE, INC.              to provide legal representation in connection with
26                  [client(s)]
27    the above-entitled case now pending before this Court.

28                                                                           Rev. 12/11

1        3.      That since _____ June 23, 1997 _____ , Petitioner has been and presently is a
                                      (date)

2  member in good standing of the bar of the highest Court of the State of _____ Washington _____
                                                                       (state)

3  where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

4  from the clerk of the supreme court or highest admitting court of each state, territory, or insular

5  possession of the United States in which the applicant has been admitted to practice law certifying

6  the applicant's membership therein is in good standing.

7        4.      That Petitioner was admitted to practice before the following United States District

8  Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

9  of other States on the dates indicated for each, and that Petitioner is presently a member in good

10  standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| see attached page | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

19        5.      That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

2

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

7.      That Petitioner is a member of good standing in the following Bar Associations:

Washington and California

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.      Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.      Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 12/11

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                    _____
   STATE OF *Washington*  )              Petitioner's signature
5                          )
   COUNTY OF *King*        )
6

7    *Derek A. Newman*, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9                                                    _____
                                                     Petitioner's signature
10  Subscribed and sworn to before me this

11  *13th* day of *February*, *2014*.

12  _____

13  _____          ┌─────────────────────────────┐
                                             │      MICHAEL C. SPAIN       │
14          Notary Public or Clerk of Court  │       Notary Public         │
                                             │     State of Washington     │
15                                           │   My Commission Expires     │
                                             │       May 05, 2014          │
16                                           └─────────────────────────────┘

        **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
17      **THE BAR OF THIS COURT AND CONSENT THERETO.**

18    Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

19  believes it to be in the best interests of the client(s) to designate _____Marc J. Randazza_____,
                                                                          (name of local counsel)
20  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

21  above-entitled Court as associate resident counsel in this action.  The address and email address of

22  said designated Nevada counsel is:

23        _____Randazza Legal Group, 3625 South Town Center Drive_____,
                            (street address)
24  _____Las Vegas_____, _____Nevada_____, ___89135___,
              (city)                    (state)            (zip code)
25

26  _____(702) 420-2001_____, _____MJR@randazza.com_____.
        (area code + telephone number)        (Email address)
27

28                                  4                              Rev. 12/11

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Marc J. Randazza _____ as
his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

12265                          MJR@randazza.com
_____
Bar number                     Email address

APPROVED:

Dated: this 20th day of February, 2014 ____.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 12/11

| Court | Date | Bar Number |
|---|---|---|
| Supreme Court of Washington | June 23, 1997 | 190467 |
| Western District of Washington | November 26, 1997 | |
| Supreme Court of California | December 1, 1997 | |
| Central District of California | December 1, 1997 | |
| Southern District of California | July 26, 2001 | |
| Northern District of California | July 31, 2001 | |
| Ninth Circuit Court of Appeals | March 18, 2003 | |
| Derek Newman – EDMI | September 29, 2003 | |
| Sixth Circuit Court of Appeal | January 29, 2004 | |
| United States Supreme Court | May 5, 2005 | |
| Eastern District of Washington | July 13, 2005 | |
| Seventh Circuit Court of Appeal | October 14, 2005 | |
| Southern District of Texas | May 18, 2007 | |
| Western District of Wisconsin | October 26, 2010 | |
| Court of Appeals for the Federal Circuit | June 18, 2013 | |

# CERTIFICATION OF CURRENT STATUS

February 4, 2014

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the Washington State Bar Association, **Mr. Derek Alan Newman**, WSBA ID# **26967** was admitted to the practice of law in this state by the Supreme Court of Washington on **June 23 1997**, and is, as of today's date, an **Active member** of the Washington State Bar Association, **Eligible** to practice law in this state.

This certificate reflects the member's status as of the date stated. Historical information about status, including periods on inactive status, administrative and disciplinary suspensions, disbarments, resignations, etc., are not reflected in this information, but are available through a Certification of Status History. Complete discipline information, including confidential and public information about grievances and disciplinary proceedings, is available with written authorization signed by the member, through a Discipline History Certificate.

Paula C. Littlewood
Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA

# THE STATE BAR
# OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617                    TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

January 31, 2014

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DEREK ALAN NEWMAN, #190467 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 1997; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina Di Loreto
Custodian of Membership Records