# AFFIDAVIT OF PROCESS SERVER

| United States District Court | County of Clark | State of Nevada |
|---|---|---|

**Adknowledge, Inc.**

    Plaintiff

vs.

**Adknowledge, LLC**

    Defendant

Attorney:

Marc Randazza
3625 S. Town Center Dr.
Las Vegas, NV. 89135

Case Number: 2:14-cv-00160-MMD-GWF

Legal documents received by Las Vegas Investigations, Inc. on **February 05th, 2014 at 9:00 AM** to be served upon **Adknowledge, LLC at C/O CSC Services of Nevada, Inc. (Registered Agent) 2215-B Renaissance Dr., Las Vegas, NV. 89119**

I, Marc T. Dudley, swear and affirm that on **February 06th, 2014 at 3:38 PM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons, Complaint, Exhibits A-C, and Civil Cover Sheet** to **Francis Gutierrez** as **Front desk** of the within named corporation. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Description of Person Accepting Service:**
Sex: Female   Age: 26   Height: 5-2   Weight: 130   Skin Color: Hispanic   Hair Color: Black   Glasses: N

**Supplemental Data Appropriate to this Service:**

I being duly sworn, states: that all times herein, Affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceedings in which this Affidavit is made.
1. If executed in this State:\"I declare under penalty of perjury that the foregoing is true and correct.\"
Executed on _____2/6/14_____

_____
**Marc T. Dudley**
Process Server, # R-068030

**Las Vegas Investigations, Inc.**
**dba Action Process Service of Nevada**
P.O. Box 82547
Las Vegas, NV 89180

(702) 309-7378

Internal Job ID: 2014000054

Reference Number:

*Received FEB 18 2014 NEWMAN | DUWORS*

Copyright © 2005-2007 Process Server Central, LLC. All rights