AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:14-cv-00160-MMD-GWF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* **Nora ? - stated**, a person of suitable age and discretion who resides there,
on *(date)* **2/20/14 at 10:34 AM AT 4235 N. 82ND AVE, PHOENIX, AZ 85033**, and mailed a copy to the individual's last known address; or — **Hispanic female approx 5'2", 140 lbs, approx age 45 Brown hair, eyes**

*[margin note: defendant was not home, and stated she lives there - took docs from my hand without issue]*

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ — for travel and $ 60.00 for services, for a total of $ 60.00.

I declare under penalty of perjury that this information is true.

Date: **2/22/14**

Signature: *C. JA*

Printed name and title: **CAMERON JAVATI - ARIZONA CERTIFIED PROCESS SERVER #7752**

Server's address: **18444 N. 25th Ave #420, PHOENIX, AZ 85023**

Additional information regarding attempted service, etc:

[Print]  [Save As...]  [Reset]